UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RODNEY McCOY,<br><br>            Defendant. | CR-10-050-JLQ<br><br>ORDER GRANTING MOTION TO<br>AMEND CONDITIONS OF RELEASE |

    Before the Court is Defendant's unopposed Motion to Amend Conditions of Release.

    **IT IS ORDERED** that the Defendant's Motion to Amend Conditions of Release is **GRANTED**. The Defendant shall be allowed to work at the McCoy Marina while on home monitoring. All other conditions of release remain in full force and effect.

    DATED August 12, 2010.

                              S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER - 1